

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00449-CV

**IN RE** Stacey Bernard **MARTIN,** Relator

Original Mandamus Proceeding[1]

### ORDER

Pro se relator Stacey Bernard Martin has filed a petition for writ of mandamus.[2] This court has determined that relator is not entitled to any of the relief sought. Therefore, the petition for writ of mandamus and the motion for orders are both DENIED. *See* TEX. R. APP. P. 52.8.

It is so **ORDERED** on October 23, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023-CI-18641, in the 166th Judicial District Court, Bexar County, Texas the Honorable Christine Vasquez-Hortick and the Honorable Rosie Alvarado presiding.

[2] On July 9, 2024, relator filed a petition for writ of mandamus. On July 26, 2024, relator filed a motion which we treat as a petition for writ of mandamus based on the substance of his filing and the relief sought. *See Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) (considering the substance of pleading rather than form or caption to determine its nature). We will treat both filings as a single petition for writ of mandamus.